**Order filed November 7, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00654-CV

_____

### OPHELIA MOSBEY, Appellant

### V.

### TAYLOR N. BOWMAN AND MARIA PIPER, Appellee s

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-47795**

---

# O R D E R

Appellant's brief was due October 31, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 2**, **2019** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.